[NOT FOR PUBLICATION]
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1086

UNITED STATES,
Appellee,

v.

WILLIE SANCHEZ,
Defendant, Appellant.


No. 97-1087
UNITED STATES,
Appellee,

v.

DAVID RIVERA,
A/K/A KENNETH BAKER,
A/K/A CHRISTOPHER TOLAN,
Defendant, Appellant.


APPEALS FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

[Hon. Mary M. Lisi, U.S. District Judge] 


Before

Torruella, Chief Judge, 
Selya and Stahl, Circuit Judges. 


Louis F. Robbio and Robbio & Nottie Ltd. on brief for appellant 
Willie Sanchez, alias William Sanchez.
Martin D. Harris on brief for appellant David Rivera. 
Sheldon Whitehouse, United States Attorney, and Richard W. Rose, 
Assistant United States Attorney, on brief for appellee.


December 31, 1997


Per Curiam. Upon careful review of the record and 

briefs in these companion appeals, we find no reason to set

aside appellants' respective sentences. Contrary to

appellants' arguments, the district court's calculation of

the intended loss reveals no clear error, in light of the

number of ESN-MIN pairs in defendants' possession and the

expert testimony and other evidence as to average losses

incurred per pair. See United States v. Watson, 118 F.3d 

1315, 1319 (9th Cir. 1997). The adjustment for appellant

Rivera's managerial role in the offense also was adequately

supported, notwithstanding Rivera's present attack on his own

credibility.

Affirmed. See 1st Cir. Loc. R. 27.1. 

-2-